GEORGIA AND FORIDA INLAND STEAMBOAT COMPANY *vs.* MERCIER.

CASE, FROM CITY COURT OF SAVANNAH.   New Trial.   (Before Judge Harden.)

Hall, J.—Although the preponderance of the evidence may appear

to be against the verdict, yet where there is enough to support the finding and the presiding judge refuses to grant a new trial on the ground that the verdict is contrary to law and evidence, this court will not interfere to control his discretion.

Judgment affirmed.

J. J. Abrams, for plaintiff in error.

Lester & Ravenel, for defendant.